SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJENDRA PRASAD, <br><br>        Plaintiff, <br><br>        v. <br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO R. GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director and ; ROBERT MUELLER, III, Director of Federal Bureau of Investigation, <br><br>        Defendants. | No. C 07-2741 PJH <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C07-2741 PJH                                    1

1  Date: June 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*/s/ Edward A. Olsen*

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

9  Date: June 7, 2007

*/s/ Geri N. Kahn*

GERI N. KAHN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____
PHYLLIS J. HAMILTON
United States District Judge

Stip. to Dismiss
C07-2741 PJH

2