| | |
|---|---|
| 1  SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>3  Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150<br>4  Assistant United States Attorney<br>5  450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>6  Telephone: (415) 436-6915<br>FAX: (415) 436-6927 | **FILED**<br>JUN 1 2 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJENDRA PRASAD,<br>            Plaintiff,<br>      v.<br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO R. GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director and ; ROBERT MUELLER, III, Director of Federal Bureau of Investigation,<br>            Defendants. | No. C 07-2741 PJH<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C07-2741 PJH                                                1

| | | |
|---|---|---|
| 1 | Date: June __, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: June 7, 2007 | GERI N. KAHN |
| 10 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 12, 2007    _____
PHYLLIS J. HAMILTON
United States District Judge

Stip. to Dismiss
C07-2741 PJH                2